Jessie LaQuan Rashen Sanders
25-12782
93 Meredith Rd.
Colonia, NJ 07067

I need extra time to file missing documents. I will be hiring a attorney to represent me in my Chapter 13. I have a couple of meetings set with 3 Attorneys.

4/9/25