Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12782−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jessie Laquan Rashen Sanders
   aka Jessie Sanders, aka Laquan Sanders
   93 Meredith RD
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−3857

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/14/25 at 10:00 AM

to consider and act upon the following:

13 − Letter from Debtor requesting Extension of Time to file schedules filed by Jessie Laquan Rashen Sanders. (Browne, Christopher) *** REVIEWED BY JUDGE KAPLAN *** TEXT/Modified on 4/10/2025 (wiq).

Dated: 4/10/25

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court